UNITED STATES DISTRICT COURT
NEW JERSEY

RECEIVED
APR 06 2021
AT 8:30_____M
WILLIAM T. WALSH
CLERK

DAVID CONRAD
PLAINTIFF

V.

ABIGAIL LOPEZ, ect

* EXPEDITED REVIEW REQUESTED

CASE:

UNDER:
BIVENS VR'S SIX
UNKNOWN AGENTS
1983 28 U.S.C § 1331

INTRODUCTION.

1. THE PLAINTIFF, DAVID CONRAD 18317-424 BRING'S THIS CIVIL RIGHT'S COMPLAINT UNDER 1983, BIVEN'S VR'S SIX UNKNOWN NARCHOTIC'S AGENT'S OR A "BIVEN'S" COMPLAINT AND REQUEST'S TO FILE A SUIT ON THE INDVIDAL'S LISTED INSIDE THIS COMPLAINT IN THERE INDIVIDUAL COMPACITY.

2. THE FOLLOWING DEFENDANT'S ARE NAMED:

ABIGAIL LOPEZ DE LASALLE, CLINICAL DIRECTOR AND M.D. AT F.C.I FAIRTON PRISON SUED IN HER INDIVIDUAL COMPACITY.

KAYLA, FULLER. PHYSICANS ASSISTANT. P.A./NURSE/ AT FAIRTON F.C.I. PRISON IN HER INDIVIDUAL COMPACITY

KYLE KNOWLES. PHYSICANS ASSISTANT. PA/ NURSE / AT FAIRTON F.C.I PRISON. SUED IN HIS INDIVIDUAL COMPACITY.

PAGE 1

MS. HANSEN (FIRST INITAL UNKNOWN?) HEALTH SERVICES ADMINISTRATOR / H.S.A. AT FAIRTON F.C.I PRISON SUED IN HER INDIVIDUAL COMPACITY.

DIANE, SOMMER, CLINICAL DIRECTOR / C.D. HEAD "FILL IN" MEDICAL DOCTOR VIA T.V. AT FAIRTON F.C.I PRISON - SUED IN HER INDIVIDUAL COMPACITY.

MR. BERGAM I. WARDEN AT F.C.I FAIRTON PRISON. SUED IN HIS INDIVIDUAL COMPACITY.

3. THESE INDIVIDUALS NAMED IN THIS COMPLAINT ARE PROTECTED BY "THE COLOR OF LAW" AND ARE FEDERAL AGENT'S WORKING INSIDE THE FEDERAL-PRISONS, AS ADMIN AND HEALTH PROVIDERS AT F.C.I. FAIRTON.

4. I ALSO WOULD LIKE TO SUE JOSE R RUIZ, A CONTRACTOR DOCTOR AND SURGEON / DPM FACFAS/ LOCATED A 1600 N. HIGH STREET, MILLVILLE NJ. TEL # 856 825 9009. UNDER THE STATE CODE FOR A MEDICAL DOCTOR / CONTRACTOR HIRED BY A FEDERAL PRISON TO DO "SPELIST EVALUATIONS AND CARE." HE IS NOT PROTECTED UNDER "THE COLOR OF LAW" AND IS A PRIVATE DOCTOR / MD / DPM FACFAS.

PAGE-2

PREVIOUSLY DISMISSED CLAIMS, PRO SE, AND REMEDIES

5. THE PLAINTIFF HAS FILED ONE OTHER CIVIL ACTION IN THE 9TH CIR DUE TO BEING HELD IN SOLITARY CONFINMENT AND NOT RECIVING MEDICATION'S AND CARE, THAT CLAIM WAS DISSMISED WITHOUT PREJUDUCE AND DUE TO THE PLAINTIFF BEING GRANTED HIS MEDICATION AFTER THE COMPLAINT WAS SERVED ON THE DEFENDANT'S, THE PLAINTIFF DID NOT RE-FILE FOR THE MONETARY DAMAGES. THE PLAINTIFF HAS NO "STRIKES" AND HAS PAID HIS FILING FEE'S IN "PAYMENTS" IN FULL. THE PLAINTIFF IS UNABLE TO AFFORD A "LUMP SUM PAYMENT" BUT HAS PAID HIS FEE'S IN THE CASE DAVID CONRAD v RODRIGUZ-ect IN 9TH CIR. DUE TO COVID19 AND BEING HELD WITHOUT PROPERTY IN SOLITARY CONFINMENT IN F.C.I. FAIRTON N.J, AND DUE TO NO OUTSIDE HELP THE PLAINTIFF DOES NOT HAVE THE CASE # OR BIVEN'S FORM'S OR ANY INFO ON ANYTHING OTHER THEN THE LIMITED ITEM'S HE IS GIVEN BY STAFF. PEN'S ARE NO LONGER ALLOWED AND WE HAVE NO LAW LIBRARY OR LEGAL ACCSESS IN SHU/SOLITARY AT FAIRTON AS THE COMPUTER HAS BEEN DESTROYED BY INMATE'S AND THE WARDEN REFUSE'S TO FIX IT OR GRANT US LEGAL RESORSE'S IN THE S.H.U. OR SOLITARY DESPITE OUR COMPLAINTS. SOME OF THIS ACTION WILL BE WRITTEN IN PENCIL OR PEN AS WE ARE DENIED WRITING MATERIAL.

REMEDIES.

6. THE PLAINTIFF HAS FILED ADMINISTRATIVE REMEDIES NAMING THESE INDIVIDUAL'S, BUT THESE REMIDE'S ARE FUTILE, GO PAST THIER RESPONSE DATE OR GET NO RESPONSE OR ARE "LOST" BY STAFF. ADMINSTRATIVE REMEDIES ARE DRAGED OUT OVER 9+ MONTH'S AND DUE TO THIS COMPLINT DEALING WITH TOURTURE AND EMERGENCY MEDICAL CONDITION'S THESE FUTILE REMEDIES SHOULD NOT BE CONSIDERED BY THE COURT OR CAUSE DELAY. THE PLAINTIFF HAS FILED ALSO FOR COMPASSIONATE RELEASE U.S.C. §3582(c)(1)(A) FOR CRUEL PUNISHMENT, DUE TO COVID19. FAMILY CONDITIONS AND LACK OF CARE IN 7TH CIR.

JURISDICTION

7. THIS COURT HAS JURISDICTION TO HEAR THIS COMPLAINT AS THE PLAINTIFF IS HOUSED IN PRISON, AT F.C.I. FAIRTON, IN FAIRTON NJ. 08320, THIS IS A FEDERAL PRISON SO COMES THE PLAINTIFF WITH A COMPLAINT VIA BIVENS VRS SIX UNKNOWN AGENTS 403 U.S. 388 (1971) AND 28 U.S.C § 1331.

CURRENT SENTENCE AND BACKGROUND

8. THE PLAINTIFF IS A WHITE, 39 YEAR OLD PRE AND POST COVICTION BOND HOLDER SENTENCED TO 198 MONTHS IN 2010 BY JUDGE ST. EVE IN THE 7TH DISTRICT COURT. THE PLAINTIFF IS SET FOR RELEASE IN 2,25.

FACTS AND CLAIMS.

9. THE PLAINTIFF SUFFERS FROM CHRONIC HEALTH ISSUES DUE TO A SERIOUS INJURY DUE TO BEING SHOT WITH A 12 GAUGE SHOTGUN IN 2005. THE PLAINTIFF WAS AT SERIOUS RISK OF LIMB LOSS AND HEROIC MESURES WERE TAKEN TO SAVE HIS LEG. TWO DIFFERENT SURGERYS TO REMOVE THE PLAINTIFF'S VEIN / FORMORAL ATTERY FROM HIS RIGHT LEG AND RESTORE BLOOD FLOW TO HIS LEFT LEG AND CALF AND ANKLE, AND LEFT FOOT. THE PLAINTIFF'S ENTIRE FORMORAL ATTERY WAS SHOT AWAY LEAVING A GAPING HOLE WHERE FOR 12 MONTH'S BONE, TENDON, AND MUSCLE WERE EXPOSED AND HAD TO HEAL RESULTING IN TISSUE DAMAGE AND NERVE DAMAGE. ALL OF THE "BUCK SHOT" COULD NOT BE REMOVED AS WELL. AFTER THE MULTIPULL SURGERY AND A LONG PHYSICAL THERPY PROCESS THE PLAINTIFF WAS ABLE TO WALK AGAIN A YEAR AFTER INJURY. THE INJURY LEFT SERIOUS "NUROPOTHY" (TOES BEING CURLED UNDER, WALKING ON PARALIZED TOES), AND NERVE DAMAGE THAT IS SEVERE, LEAVING PARTS OF THE FOOT+ LEG+ ANKLE NUMB OR IN CONSTANT SEVERE HYPERSENSITIVE PAIN THAT DOES NOT HAVE ANY "CURE" AND CAN ONLY BE TREATED WITH SPECILIZED MEDICATIONS, (SEE EXHIBIT 1-A THRU 1-C

PAGE 4    TO SHOW B.O.P. STAFF/ C.D. FACTS OF INJURY

10. AFTER MANY YEARS ON LYRICA AND MORPHINE SULFATE 2005-2010 TO MANAGE PAIN AND NERVE DAMAGE BEFORE COMING TO PRISON, THE PLAINTIFF IS PLACED ON DIFFRENT FORMS OF THESE MEDICATIONS IN B.O.P. CUSTODY TO MANAGE "CONSTANT UNRELENTING PAIN". THESE MEDICATIONS LYRICA, NURONTIN, PERCACETE/OXYCODONE, AND TIME RELEASE MORPHINE SULFATE ARE PERSCRIBED FOR YEARS 2010 TO 2015/16 TO THE PLAINTIFF WHILE IN CUSTODY BY B.O.P. STAFF AND OUTSIDE PAIN MANAGMENT. MEDICATIONS THAT ARE DIFFICULT TO GET PERSCRIBED IN A "PRISON SETTING" UNLESS NECESSARY TO FUNCTION. OVER SIX DIFFRENT NERVE DAMAGE, PAINMANAGMENT, OR FOOT AND ANKLE SPECILIST'S THE B.O.P. HAS BROUGHT IN AS CONTRACTOR DOCTORS HAVE ALL RECOMENDED THESE TREATMENTS ALONG WITH SPECIAL MEDICAL SHOES, DIABETIC SOCKS, AND PHYSICAL THEREPY FOR THE PLAINTIFF. LAST DATE BEING ON 07/29/2020 THE PLAINTIFF WAS RECOMENDED MULTIPULL MEDICATIONS AND CARE BY CONTRACT DOCTOR DEFENDANT JOSE R RUIZ. THOSE RECOMONDATIONS FOR "LYRICA" OR "NURONTIN" MEDICATIONS, ADDITONAL CARE AND TREATMENTS AND PAIN MANAGMENT WERE MADE TO C.D. DEFENDANT ABIGAIL LOPEZ DELASALLE, PA KYLE KNOWLES, AND KAYLA FULLER. ALL CARE, MEDICATIONS, AND TREATMENTS WERE BLOCKED BY C.D. LOPEZ. PREVIOUS VISITS AND ALL VISITS TO MEDICAL PERSONAL VIA DEFFENDANT FULLER AND KNOWLES RECOMENDED TREATMENTS WERE IGNORED EVEN THOUGH THEY KNOWINGLY SEE THE PLAINTIFF NEEDS MEDICATIONS AND TREATMENTS. THEY LEAVE THE PLAINTIFF TO SUFFER WITHOUT ANY MEDICATIONS WHATSOEVER FOR MONTHS AT A TIME AND DENEY HIS CARE CAUSING AN 8TH AMENDMENT VIOLATION, AND A WANTON INFLILTION OF PAIN, ALONG WITH DUE PROCESS VIOLATIONS AS OTHERS GET TREATMENT WHILE THE PLAINTIFF IS LEFT TO SUFFER TORTUROUS CONDITIONS, ALONG WITH DEALING WITH MENTAL HEALTH ISSUES AND COVID19 LOCKDOWN IN A DANGEROUS ENVIROMENT. WHEN THE PLAINTIFF FILES COMPLAINTS STAFF PLACE HIM IN HARMS WAY INTENTIONAILLY. RISKING HIS LIFE AND SAFETY. PAGE-5-

11. EXCESSIVE USE OF FORCE IS WHEN PEOPLE CAUSE YOU HARM AND PAIN OR PUNISHMENT, PAST WHAT IS NECESSARY. OR TO CAUSE YOU PUNISHMENT OVER AND OVER FOREVER DAILY. KNOWING THEY ARE CAUSING YOU HARM BY DOING SO, AND NOT CARING. THESE DEFENDANTS ARE CAUSING MEDICAL DEPROVATIONS, PLACING PEOPLE IN DANGEROUS CONDITIONS, AND OUTRIGHT PHYSICAL AND PSYCHOLOGICAL TOURTURE.

12. WHEN SEEING DEFENDANT JOSE RUIZ AS AN CONTRACT DOCTOR VISITING THE PRISON AT F.C.I. FAIRTON THE PLAINTIFF WAS PERSCRIBED PAIN MANAGMENT LYRICA OR NUROTIN FOR NELVE PAIN, AND RECOMENDED OTHER MEDICATIONS FOR PHYSICAL PAIN, EVERY TREATMENT THIS DOCTOR ORDERED WAS BLOCKED. THIS EXPELT DID EXTENSIVE TESTING OF THE PLAINTIFF AND CAME TO THE CONCLUSION WITHOUT CARE AND MEDICATIONS THE PLAINTIFF WAS IN TERIBLE NERVE PAIN ALONG WITH "REGIONAL PAIN SYNDROM", "MUSCLE WASTING", "PARALYSIS", AND "DEFORMITY OF TOES AND FEET." HIS REPORT IS IN THE PLAINTIFFS RECORDS IN ELECTRONIC FORM. JOSE RUIZ IS IN VIOLATION OF THE 8TH ADMENDMENT RIGHTS OF THE PLAINTIFF BY LEAVING HIM IN A MEDICAL DEPROVATION KNOWINGLY, NOT RETURNING FOR HIS SCHEDULED APPOINTMENT TO SEE IF HIS TREATMENTS PERSCRIBED WERE GRANTED BY STAFF TO THE PLAINTIFF, AND DOING SO KNOWING THE PLAINTIFF WAITED MONTHS FOR HIS CARE AND RECOMMENDATIONS CAUSING THE PLAINTIFF TO SUFFER PAIN AND PHSYCOLOGICAL HARM AT THE PRISON WITHOUT CARE. WITH DUE RESPECT THE DEFENDANT TRYED TO GET THE PLAINTIFF CARE. ALL HIS RECOMMENDATIONS FOR CARE WERE PERSONALY BLOCKED BY C.D/DEFENDANT ABIGAIL LOPEZ DE LASALLE. THIS IS ALSO IN THE PLAINTIFFS RECORDS. WHEN A OUTSIDE CONTRACT DOCTOR SEE'S AN INMATE BEING MISSTREATED HE IS TO INFORM THE STAFF AND DO A "PEER REVIEW" OF STAFF,

PAGE 6

13. JOSE RUIZ, DEFENDANT KNEW WITHOUT CARE THE PLAINTIFF WOULD BE SUFFERING TERRIBLE PAIN AND TORTURE, FORCED TO WALK ON A HYPERSENSITVE LIMB WITHOUT TREATMENT DAILY IF THE PLAINTIFF IS TO SURVIVE IN GENERAL POPULATION AS IS HIS RIGHT.

14. C.D. ABIGAL LOPEZ DELASALLE BLOCKED THE PLAINTIFFS CARE, ORDERED NO OTHER CARE, BLOCKED THE PLAINTIFF'S UPCOMING APOINTMENT WITH SPECILIST DEFENDANT RUIZ, AND LEFT THE DEFENDANT TO SUFFER PAIN, MUSCLE WASTING, MADE AVERAGE DAILY LIVING DIFFICULT OR IMPOSIBLE, TRYED TO PERSCRIBE PSYCH MEDS TO MAKE THE PLAINTIFF A "ZOMBIE" THAT THE PLAINTIFF ALSO HAPPENED TO BE ALLERGIC TO, WHEN PLAINTIFF DENIED THESE MEDICATIONS AS THEY ARE NOT "SUTABLE FOR HIS CHRONIC CONDITION" HE WAS DENIED ALL MEDICATIONS, MEDICAL SHOES FOR HIS "HAMMER TOES", "DIABETIC SOCKS" FOR HIS VEIN GRAPH/POOR BLOOD FLOW TO BOTH FEET. THE DEFENDANT WAS NOT ONLY BLOCKED MEDICATIONS HE WAS TO BE GIVEN BUT ALL CARE. SHE THEN QUIT THE PRISON AS THE C.D. AND ONLY RESPONDS IN EMERGENCY. THERE IS NO "ON SITE MEDICAL DOCTOR" ONLY NURSES AND NOW CLINICAL DIRECTOR DOCTOR SOMMER WHO IS ONLY CONTACTED BY NURSING STAFF DURING EMEGENCY'S. NO "ON SITE" MEDICAL DOCTOR AT A CARE LEVEL 2 PRISON FOR MONTHS AT A TIME DURING A COVID19 PANDEMIC. THE PLAINTIFF HAS BEEN ORDERED EKG's, BLOOD PRESURE MEDICATIONS, PAIN MEDICATIONS, EVEN DANDRUF SHAMPO ALL DELAYED OR DENIED DUE TO NO "ON SITE DOCTOR", OR THAT NURSES, DEFENDANT'S KYLE KNOWLES, KAYLA FULLER BEING UNABLE TO PROVIDE CARE OR PURPOUSLY DENEYING CARE IN VIOLATION TO RIGHT'S OF THE PLAINTIFF TO RECIVE CARE. DIANE SOMMER TOOK OVER AS TV M.D. AND REFUSES TO SEE ME

15. WARDEN BERGAMI ALLOWS HIS PRISON TO RUN WITHOUT AN M.D.

15. THE PLAINTIFF IS "DENIED CARE" DUE TO DEFENDANT ABIGIL LOPEZ DELASALE, KYLE KNOWLES, KAYLA FULLER, PLACING "CLAIMS" OF BEING "NON-COMPLIENT" FAULSLY IN HIS MEDICAL FILE, EVEN WHEN THE PLAINTIFF COMES FORWARD AND ASKS TO BE TESTED FOR NON-PERSCRIBED MEDICATIONS TO SHOW HIS SYSTEM IS "CLEAN" AND BEGS FOR CARE THEY DO NOT TEST HIM AND PLACE FURTHER NEGATIVE REPORTS IN HIS FILE TO JUSTIFY THERE WANTON INFLICTION OF PAIN.

16. IF AN INMATE IS "NON COMPLIENT" BY TAKING "NON AUTHORIZED MEDICATION" OR ILLIGAL SUBSTANCES IT IS STILL NO REASON TO DENEY CARE AND MEDICATIONS. IF AN INMATE STEALS AN INSULIN NEEDLE TO SELL TO DRUG USERS, MEDICAL DOES NOT "CUT OFF" HIS INSULIN AND DENEY HIM A NEEDLE, INSTEAD THE INMATE IS PLACED UNDER "CLOSE OBSERVATION" OR WRITEN AN "INCIDENT REPORT" THAT GOES TO A "DISAPLINARY HEARING OFFICER" TO PUNISH HIM. AN INMATE IS NOT REMOVED FROM ALL MEDICATIONS AND CAUSED HARM, THAT IS NOT THE "RULE's"! THAT IS EXACTLY WHAT DEFENDANTS IN THIS CASE ARE DOING. IF THE DEFENDANTS WERE REALLY "WORRIED" ABOUT THE PLAINTIFF TAKING HIS MEDICATION THEY WOULD GIVE IT TO HIM UNDER CLOSE MONITORING, AND IN WATER. INSTEAD FULLER, LOPEZ, AND KNOWLES ALONG WITH DEFENDANT DIANE SOMMER AND H.S.A. HANSEN COME UP WITH EXCUSES OR OUTRIGHT LIE TO THE PLAINTIFF ABOUT HIS CARE WHILE BLOCKING HIS TREATMENTS KNOWING THEY ARE CAUSING HIM PAIN, SUFFERING, AND PSYCHLOGIAL HARM, NOT TO MENTION FURTHER DAMAGE AS THE PLAINTIFF CAN NOT PERFORM DAILY LIVING OR EXERSISE TO COMBAT FURTHER UN-REPAIRABLE MUSCLE LOSS AND FURTHER DEFOMITY OF HIS TOE'S CAUSING FURTHER PAIN.

17. THIS IS CONTINOUS EXSESIVE PUNISHMENT, AND A WANTON INFLICTION OF PAIN, AND DUE PROCESS VIOLATION.

PAGE-8

18. THE PLAINTIFF THEN REQUESTS TO BE GIVEN MEDICATION UNDER THE M.A.T PROGRAM WHERE SUBOXONE IS GIVEN TO INMATES WITH "DRUG PROBLEMS" WHO REQUIRE TREATMENT FOR MENTAL HEALTH OR PAIN MANAGMENT AS THIS IS A NON-ADICTIVE NON NARCOTIC MEDICATION TO. H.S.A HANSEN, PA FULLER, PA KNOWLES, AND TO DIANE SOMMER WITH EMAILS, SICKCALLS, WRITEN REQUESTS TO THE WARDEN VIA BP-8, BP-9, TO PSYCHLOGY WHEN HE GOES (PLAINTIFF) ON SIX DAY HUNGER STRIKE IN SOLITARY CONFINMENT FOR MEDICAL CARE, AND AT WEEKLY WALKTHROUGHS WHEN HE CAN TALK TO STAFF. AGAIN OTHER INMATES AT THIS INSTITUTION ARE ON THIS PROGRAM AND MEDICATION. THE PLAINTIFF IS LEFT AGAIN WITHOUT ANSWER OR DENIED CARE, SHOWING NONE OF THE HEALTH STAFF CARES, AND KNOWINGLY AND WANTONLY LETS HIM SUFFER WITHOUT HIS DOCTOR RECOMEDED MEDICATIONS, OR TREATMENT WITH NON-NARCHOTIC MEDICATIONS, THE PLAINTIFF IS LEFT IN SOLITARY CONFINMENT WITHOUT SO MUCH AS A TYLONOL FOR NOW OVER 40 DAYS IN RETALIATION FOR TRYING TO GET MEDICAL CARE.

19. IN SOLITARY CONFINMENT THE PLAINTIFF IS SUFFERING PAIN, UNABLE TO SLEEP, HAVING NIGHTMARES DUE TO PAIN, NIGHT SWEATS, IS DENIED HIS "LEGBRACE", AND LIVING THROUGH COVID 19 PANDEMIC WITHOUT ANY CONTACT WITH HIS FAMILY OR OUTSIDE WORLD. HE SUFFERS OF PSORIASIS, A SKIN "RASH" AND EVEN LEFT W/O CARE FOR THAT CAUSING RASH ON SKIN AND SCALP, EVEN AS DEFFNDANT KAYLA FULLER COMES AND SEES VIA SICK CALL + HUNGER STRIKE THE PLAINTIFF IS DENIED MEDS AND CARE SHE SAYS SHE ORDERS "AN EKG, BLOODPRESSURE, PAIN MEDS, CARE FOR SKIN CONDITION, TO BE REVIEWED BY DEFFNDANT DIANE SOMMER. THIS CARE NEVER COMES. PLAINTIFF WAITS THREE WEEKS MORE WHILE SUFFERING HYPERTENSION AND HIGH BLOOD PRESSURE CAUSED BY PAIN AND MEDICAL DEPRIVATION KNOWINGLY BY ALL DEFFNDANTS AS THEY SEE HIM WEEKLY AND DO NOTHING.

PAGE-9.

20. THE PLAINTIFF HAS DONE ADMINISTRATIVE REMEDIES ON THE DEFFENDANT'S ASKING FOR CARE, THE MEDICATIONS ORDERED, THE M.A.T. PROGRAM, PHONE COMMUNICATION ALL DENIED ON FUTILE AND UNANSWERED, THE PLAINTIFF HAS FILED ON THESE DEFFENDANTS AND THIS INSTITUTION IN AN EMEGENCY MOTION ASKING FOR RELEASE DUE TO CRUEL AND UNUSUAL PUNISHMENT VIA 18 U.S.C. § 3582(c)(1)(A), COMPASSIONATE RELEASE DUE TO COVID19 CONDITIONS, AND TO HELP HIS ELDERLY MOTHER IN 80'S WHO IS A WIDOW LIVING ALONE AS THE PLAINTIFF HAS "LOWPOINTS", HAS DONE 10+ YEARS, 75% OF HIS ENTIRE FULL SENTENCE AND WAS NO DANGER AS A FIRST TIME OFFENDER ON PRE AND POST CONVICTION BOND. HIS TREATMENT IN B.O.P CUSTODY HAS PLACED HIM AT HIGH RISK OF DEATH OR ILLNESS DUE TO MEDICAL CONDITIONS, LACK OF CARE, AND COVID19, ALONG WITH AN OVERWHELMED STAFF AND UNCARING WARDEN (DEFFENDENT BERGAMI). HIS CONDITIONS AND COMPLAINTS ARE WELL DOCUMENTED IN HIS REQUEST FOR RELEASE (~~DOCKET~~ CASE NO. 05CR931 MOTION FOR RELEASE) 7TH CIR. BY STAFF AND GOVERNMENT YET HE IS STILL DENIED ALL CARE IN VIOLATION OF HIS RIGHTS AS AN INMATE UNDER THE U.S. CONSTITUTION. ALL THESE COMPLAINTS, IN PERSON VISITS, AND REMEDIES SHOW STAFF ARE BEING "CRUEL AND UNUSUAL", AND CAUSING A "WANTON INFLICTION OF PAIN" KNOWINGLY DAILY.

21. WARDEN BERGAMI REFUSES TO PROVIDE INMATES IN SHU WITH LAW COMPUTER AS IT STAYS "BROKEN" DESPITE REQUESTS BY INMATES WITH ACTIVE CASES, REMEDIES ARE "LOST", AND PEOPLE WHO COMPLAIN ARE PUNISHED WITH EXCESSIVE FORCE FIRST, NOT CARE OR ANY COMPASSION, HE ALLOWS NO M.D. ON SITE PUTTING THE WHOLE PRISON AT RISK, ALLOWS STAFF IN SHU TO USE CHEMICAL MACE OR PHYSICAL FORCE WITHOUT ADMINISTRATIVE AUTHORIZATION, AND ALLOWS THE PHYSICAL AND PSYCHOLOGICAL TORTURE OF INMATES, THAT RESULT IN HARM, SUISIDE, OR DEATH AS INMATES ASKING FOR CARE HAVE COMITED SUISIDE DURING COVID19, INMATE JULIAN GARCIA) WARDEN BERGAMI DOSN'T CARE ABOUT US.

PAGE-10

21. DISPITE THESE PROBLEMS FAIRTON OVERALL IS NOT A "BAD PRISON", IT IS JUST PLAUGED WITH INADEQUATE AND CRUEL MEDICAL ADMINISTRATORS AND STAFF WHO ARE OVERWELMED WITH COVID19, THE PLAINTIFF DOES NOT WANT TRANSFER BUT TO CAUSE THESE DEFENDANTS TO HAVE TO PROVIDE THE INMATES WITH REASONABLE CARE. THE ONLY WAY TO DO THAT IS BRING IT'S FAULT'S THAT THE INSTITUTION HAS BROUGHT ON ITSELF TO THIS HONORABLE COURT IN HOPE OF CHANGE. THE DEFFENDANTS SHOULD BE BROUGHT TO CIVIL COURT TO EXPLAINE HOW THEY ARE ALLOWED TO ~~DICTATE~~ VIOLATE THE PLAINTIFFS RIGHTS ON A DAILY BASIS WITHOUT PUNISHMENT.

22. THE PLAINTIFF HAS NO HOPE TO GET ANY REASONABLE TREATMENT BY THE DEFENDANTS AT THIS INSTITUTION WITHOUT CIVIL ACTION.

23. DEFENDANT HANSEN, THE HEALTH SERVICES ADMINISTRATOR (HEAD OF MEDICAL) HAS SEEN THE PLAINTIFF ONCE TO TWICE A WEEK FOR THREE MONTHS, ON COMPOUND IN GENERAL POPULATION AND IN S.H.U. THE PLAINTIFF ASK'S POLITELY EVERY TIME FOR UPDATES, FOR CARE, SHOWS HER HIS INJURY AND POSITIVE MEDICAL FILES FROM HER OWN ELECTRONIC SYSTEM. EACH TIME SHE ACTS AS IF SHE DOSN'T REMEMBER THE PLAINTIFF AND NEVER HAS HELPED HIM GET CARE DESPITE SEEING HIM ON HUNGERSTRIKE. AS THE HEAD OF MEDICAL, TO HELP SOLVE COMPLAINTS ABOUT CARE SPEAKING TO HER HAS BEEN FUTILE TO WHERE IT IS INSULTING TO THE PLAINTIFF TO BE TREATED WITH SUCH LACK OF CARE BY A "MEDICAL ADMINISTRATOR". SHE DOES NOTHING NO "PEER REVIEWS" OF OUR NON-EXSISTANT DOCTOR, OR WARDEN, OR MEDICAL STAFF AND ALLOWS INMATES TO BECOME "CRITICALLY ILL" FROM EASILY TREATED INFECTIONS (ECOLI INFECTIONS 04228-028 DANIEL PETTY) HAVING TO SEND INMATES TO HOSPITAL FOR ABSESED TETH, OR ATTEMPTED SUISIDE (LOPEZ

PAGE-11

REQUEST FOR RELIEF + INJUNCTION

22. I REQUEST AN ORDER OR THREAT OF AN ORDER OF INJUCTION TO CAUSE THESE DEFENDANTS TO PROVIDE MEDICAL CARE BY:

#1 GRANTING PLAINTIFF CONRAD HIS ORDERED MEDICATION OF LYRICA 300MG DAILY OR NURONTIN 2400MG DAILY TWO TIMES A DAY FOR " NERVE PAIN AND DAMAGE AS THE PLAINTIFF HAS BEEN ORDERED AND RECOMENDED THESE MEDICATIONS FOR "CHRONIC NERVE PAIN" (NEUROPATHIL PAIN) BY CONTRACT Doctor DEFFNDANT RUIZ, ALONG WITH THE FACT THAT 6+ OTHER B.O.P. DOCTORS HAVE PERSCRIBED THIS MEDICATION IN THIS EXACT DOSE WHILE THE PLAINTIFF HAS BEEN IN CUSTODY AND THE PLAINTFF WAS GETING THU "CORRECT" MEDICATION BEFORE IN B.O.P. AS HIS RECORDS IN BOP ELECTRONIC FILES WILL SHOW. (SEE MEDS PLAINTIFFS RECIVING AT LOMPOC U.S.P.) ALONG WITH E.K.G. + OTHER TREATMENTS.

#2 GRANTING CONRAD (PLAINTIFFS) REQUESTS TO STAFF FOR MEDICATION FOR PHYSICAL PAIN DUE TO HIS CHRONIC INJURY AND "HAMMER TOES" OR IF STAFF WOULD PERFER TO PLACE CONRAD ON THE M.A.T PROGRAM WHERE HE WILL RECIVE "SOBOXONE" AS A NON-NARCHOTIC MEDICATION FOR " DRUGADICTS" THAT ALSO IS USED TO TREAT PEOPLE WITH DRUG PROBLEMS AS WELL AS PAIN MANAGMENT ISSUES. (Google SOBOXONE FOR PAIN MANAGMENT)

#3 GRANTING PLAINTIFFS REQVESTS TO FIX THE S.H.U. LAW COMPUTER THAT THE WARDEN REFUSES TO FIX SO WE HAVE LEGAL ACCESS, AND RESEARCH FOR INMATES IN S.H.U. SOLITARY CONFINMENT.

#4 GIVE THE PLAINTIFF PROTECTION FROM RETALATION BY LIMITING HIS PLACMENT IN S.H.U. FOR REASON'S OTHER THEN WHERE HE'S ACTING VIOLENTLY OR IN DANGER DUE TO HIS OWN REQUEST, AS WELL AS LIMITING TRANSFER FROM FAIRTON AS HE HAS BEEN TOLD "HE'S GOING TO G.P. HER

PAGE-12

23. FOR THE REASON'S SET FORTH ABOVE, PLAINTIFF'S MOTION SHOULD BE GRANTED.

EVERYTHING IN THIS MOTION IS TRUE UNDER PENLTY BY LAW.

DAVID E. CONRAD

APRIL-1ST- 2021 ———————— PLACED IN PRISON MAIL

PAGE-14

. . . .

MONETARY RELIEF

#5

FOR PUNITIVE DAMAGES AND PAIN AND SUFFERING ALONG WITH MENTAL ANGUISH GOING THROUGHt ONE YEARt OF COVID19 LOCKDOWN IN PRISON WITHOUT ANY CARE FOR KNOWN CHRONIC CONDITIONS THE PLAINTIFF REQUESTS BESIDES HIS MEDICATIONS AND CARE ONE THOUSAND DOLLARS FOR EACH DAY OF THE PAST 365 DAYS THE PLAINTIFF HAS TRYED TO GET CARE AT FAIRTON F.C.I. FROM THESE INDIVIDUAL'S, ALONG WITH ONE THOUSAND DOLLARS A DAY FROM THIS POINT FORWARD THAT THESE INDIVIDUALS CAUSE ME PAIN AND SUFFERING WITHOUT CARE AND MEDICATIONS ORDERED, STARTING APRIL-1ST-2021 TO TRY TO GET TREATMENTS AND CARE NOW. PLUS WHATEVER THIS COURT OF LAW SEES FIT.

DAMAGES 365,000 DOLLARS

+

DAILY 1000.00 FROM APRIL 1ST 2021.

FROM EACH PERSON NAMED IN THIS COMPLAINT.

I BELIEVE ANY REASONABLE JURY WOULD GRANT AT TRIAL 1000.00 DOLLARS A DAY FOR TORTURE OR AT MINIMUM PURPOSEFULL NEGLECT, AND WANTON INFLICTION OF HARM.

#6 DUE TO COVID19, LACK OF MEDICAL CARE, AND DANGER HIGHER THEN REGULAR CONDITIONS I ALSO ASK THIS COURT TO MISCONSTURE MY PRO-SE MOTION IN ANYWAY TO ORDER MY RELEASE BASED ON "CRUEL AND UNUSUAL PUNISHMENT." TO ALLOW THE PLAINTIFF TO SERVE THE REST OF HIS SENTENCE ON SUPERVISION.

PAGE-13